**BLUE v. HERKIMER NAT. BANK.**

Circuit Court of Appeals, Second Circuit.
January 6, 1930.

No. 155.

Charles E. Snyder and Snyder, Cristman & Snyder, all of Herkimer, N. Y., for appellant.

Cornelius J. Danaher, of Meriden, Conn., and Willis, Doolittle & Guile, of Utica, N. Y. (Woodward W. Guile, of Utica, N. Y., of counsel), for respondent.

Before L. HAND, SWAN, and MACK, Circuit Judges.

PER CURIAM. Affirmed on opinion below.